THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ZACHARY L. SMITH, Defendant-Appellant.

(No. 73-67;

Fifth District—March 20, 1974.

PER CURIAM.
CREBS, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (Theodore A. Gottfried, Assistant Appellate Defender, of counsel), for appellant.

John H. Ward, State's Attorney, of Taylorville (James W. Jerz and Martin P. Moltz, both of Model District State's Attorneys Office, of counsel), for the People.

DAVE M. SHATZ, Plaintiff-Appellant, *v.* WILFORD DUNN *et al.*, Defendants-Appellees.

(No. 73-325;

Fifth District—March 21, 1974.